UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 424 |
| | ) | |
| v. | ) | Violation: Title 31, United States Code, § 5324(a)(3) |
| | ) | JUDGE LINDBERG |
| JADWIGA MALEWICKA | ) | MAGISTRATE JUDGE GERALDINE SOAT BROWN |

FILED
MAY 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

1. At times material to this indictment:

    (a) Title 31, United States Code, Section 5313(a) and Title 31, Code of Federal Regulations, Section 103.22 required domestic financial institutions to prepare and file with the Internal Revenue Service a Currency Transaction Report (Form 4789) for any transaction involving currency of more than $10,000.

    (b) Liberty Bank for Savings was a domestic financial institution subject to the Currency Transaction Reporting Requirements described in the preceding paragraph.

    (c) Defendant JADWIGA MALEWICKA was the owner and president of Skokie Maid and Cleaning Service.

    (d) Defendant JADWIGA MALEWICKA maintained a business checking account in the name of "Jadwiga Malewicka d/b/a Skokie Maid Service"

("the Skokie Maid Service account") at Liberty Bank for Savings, for which she was the sole signatory.

2. Beginning on or about March 3, 2006 and continuing through on or about March 4, 2006, at Lincolnwood, in the Northern District of Illinois, Eastern Division, and elsewhere,

JADWIGA MALEWICKA,

defendant herein, knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a) and regulations prescribed thereunder, structured and attempted to structure a transaction with Liberty Bank for Savings, a domestic financial institution, by withdrawing $11,900 in United States currency from the Skokie Maid Service checking account at Liberty Bank for Savings in two separate transactions conducted on consecutive days at Liberty Bank for Savings and involving the cashing of two checks drawn on the Skokie Maid Service account, each in an amount under $10,000, as described below:

| Check No. | Date of Check | Payee | Amount | Date Check Cashed |
|---|---|---|---|---|
| 9345 | March 3, 2006 | Cash | $2,000 | March 3, 2006 |
| 9362 | March 4, 2006 | Cash | $9,900 | March 4, 2006 |

In violation of Title 31, United States Code, Sections 5324(a)(3).

2

## COUNTS TWO THROUGH TWENTY-THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. Paragraph One Count One of this indictment is realleged and incorporated herein as if fully set forth.

2. On or about the dates set forth below, at Lincolnwood, in the Northern District of Illinois, Eastern Division, and elsewhere,

### JADWIGA MALEWICKA,

defendant herein, knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a) and regulations prescribed thereunder, structured and attempted to structure transactions with Liberty Bank for Savings, a domestic financial institution, by withdrawing United States currency from the Skokie Maid Service checking account at Liberty Bank for Savings in two separate transactions conducted within twenty four hours of each other, on consecutive days at Liberty Bank for Savings, and involving the cashing of two checks drawn on the Skokie Maid Service checking account, each in an amount under $10,000, totaling, collectively, approximately $267,600, as set forth below, each group of transactions conducted on consecutive days constituting a separate offense:

| Count | Dates | Amount of Each Transaction | Total Transacted |
|---|---|---|---|
| Two | March 10, 2006<br>March 11, 2006 | $2,000<br>$9,900 | $11,900 |
| Three | March 15, 2006<br>March 16, 2006 | $2,000<br>$9,900 | $11,900 |
| Four | March 31 2006<br>April 1, 2006 | $3,000<br>$9,900 | $12,900 |
| Five | April 21, 2006<br>April 22, 2006 | $2,000<br>$9,900 | $11,900 |
| Six | July 21, 2006<br>July 22, 2006 | $2,000<br>$9,900 | $11,900 |
| Seven | July 28, 2006<br>July 29, 2006 | $1,500<br>$9,900 | $11,400 |
| Eight | August 4, 2006<br>August 5, 2006 | $5,000<br>$7,900 | $12,900 |
| Nine | Sept. 7, 2006<br>Sept. 8, 2006 | $8,000<br>$5,000 | $13,000 |
| Ten | Sept. 28, 2006<br>Sept. 29, 2006 | $9,900<br>$2,000 | $11,900 |
| Eleven | October 5, 2006<br>October 6, 2006 | $5,000<br>$9,900 | $14,900 |
| Twelve | January 25, 2007<br>January 26, 2007 | $5,000<br>$6,000 | $11,000 |
| Thirteen | February 15, 2007<br>February 16, 2007 | $1,000<br>$9,900 | $10,900 |
| Fourteen | February 22, 2007<br>February 23, 2007 | $9,900<br>$3,000 | $12,900 |

| Count | Dates | Amount of Each Transaction | Total Transacted |
|---|---|---|---|
| Fifteen | July 6, 2007<br>July 7, 2007 | $9,900<br>$3,000 | $12,900 |
| Sixteen | July 26, 2007<br>July 27, 2007 | $5,000<br>$8,000 | $13,000 |
| Seventeen | August 30, 2007<br>August 31, 2007 | $9,900<br>$1,000 | $10,900 |
| Eighteen | Sept. 27, 2007<br>Sept. 28, 2007 | $3,000<br>$9,900 | $12,900 |
| Nineteen | October 4, 2007<br>October 5, 2007 | $9,900<br>$2,000 | $11,900 |
| Twenty | January 3, 2008<br>January 4, 2008 | $5,000<br>$8,900 | $13,900 |
| Twenty-One | February 15, 2008<br>February 16, 2008 | $9,900<br>$1,000 | $10,900 |
| Twenty-Two | April 4, 2008<br>April 5, 2008 | $9,900<br>$1,000 | $10,900 |
| Twenty-Three | April 25, 2008<br>April 26, 2008 | $9,900<br>$1,000 | $10,900 |

All in violation of Title 31, United States Code, Section 5324(a)(3) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2007 GRAND JURY further alleges:

1. The allegations of Count One through Twenty-Three of this indictment are realleged and incorporated by reference as if fully restated herein for the purpose of alleging that certain property is subject to forfeiture to the United States, pursuant to Title 31, United States Code, Section 5317(c).

2. As a result of her violations of Title 31, United States Code, Section 5324, as alleged in the foregoing Indictment,

JADWIGA MALEWICKA,

defendant herein, shall forfeit to the United States, pursuant to Title 31, United States Code, Section 5317(c), any and all right, title, and interest she may have in any property, real and personal, involved in the structuring offenses and traceable to the property involved in structuring offenses, which property is subject to forfeiture pursuant to Title 31, United States Code, Section 5317(c).

3. The interests of the defendant subject to forfeiture to the United States pursuant to Title 31, United States Code, Section 5317(c), include, but are not limited to:

$279,500 in United States Currency.

4. By virtue of the commission of the offenses charged in Counts One through Twenty-Three of this Indictment by the defendant, all right, title or

interest that defendant has in the above-described property is vested in the United States and hereby forfeited pursuant to Title 31, United States Code, Section 5317(c).

5. If any of the property described above as being subject to forfeiture pursuant to Title 31, United States Code, Section 5317(c), as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred to, sold to, or deposited with a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value;

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 31, United States Code, Section 5317(c).

All pursuant to Title 31, United States Code, Section 5317(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY