# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 424 | **DATE** | 6/3/2008 |
| **CASE TITLE** | USA vs. Malewicka | | |

**DOCKET ENTRY TEXT**

Arraignment and Plea for Jadwiga Malewicka scheduled for 06/05/06 at 9:30 a.m. is stricken and reset to 06/11/08 at 9:30 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|