## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| CASE NUMBER | 08 CR 424 | DATE | 6/11/2008 |
| CASE TITLE | USA vs. Jadwiga Malewicka | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of her rights. Defendant waives formal reading of indictment. Defendant enters plea of not guilty to each charge and all counts of the Indictment. Rule 16.1(A) conference to be held on or before 06/18/08. Pretrial motions shall be filed on or before 07/02/08. Response to pretrial motions shall be filed on or before 07/16/08. Status hearing before Judge Lindberg is set for 07/23/08 at 09:30 a.m. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985) (X-T). Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing.

*Geraldine Soat Brown*

Docketing to mail notices.
*Copy to judge/magistrate judge.

■ [ For further detail see separate order(s).]

00:10

2008 JUN 11 PM 2:23
U.S. DISTRICT COURT
CLERK
FILED

Courtroom Deputy Initials: NTF

08CR424 USA vs. Jadwiga Malewicka     Page 1 of 1