IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.　08 CR 424 |
| v. | ) | Judge George Lindberg |
| | ) | |
| JADWIGA MALEWICKA | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
ITS RESPONSE TO DEFENDANT'S
PRETRIAL MOTIONS, *INSTANTER*** 

Now comes the UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and moves for leave to file its response *instanter*. In support of its motion, the government states as follows:

1.　The government's response was due on July 16, 2008.

2.　Government counsel overlooked the due date due to a docketing error on her part.

3.　The government apologizes to the court and to the defendant for any inconvenience that the delay may have caused.

WHEREFORE, the government respectfully requests that this Court grant it leave to file its response to the defendant's pretrial motions *instanter*.

    Respectfully Submitted,

    PATRICK J. FITZGERALD
    United States Attorney

BY:   /s/ Madeleine S. Murphy
    MADELEINE S. MURPHY
    Assistant U.S. Attorney
    219 S. Dearborn, 4th Floor
    Chicago, IL 60604
    (312) 886-2070

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
ITS RESPONSE TO DEFENDANT'S
PRETRIAL MOTIONS, *INSTANTER*__**

was, on July 22, 2008 served pursuant to the district court's ECF system as to ECF filers.

                                            s/ Madeleine S. Murphy
                                            MADELEINE S. MURPHY
                                            Assistant United States Attorney