IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    08 CR 424 |
| v. | ) | Judge George Lindberg |
| | ) | |
| JADWIGA MALEWICKA | ) | |

NOTICE OF MOTION AND CERTIFICATE OF SERVICE

   PLEASE TAKE NOTICE that on July 23, 2008 at 9:30 a. m., or as soon thereafter as counsel may be heard, I will appear before Judge George Lindberg in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present

GOVERNMENT'S MOTION FOR LEAVE TO FILE
ITS RESPONSE, *Instanter*

at which time and place you may appear if you see fit.

   The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the aforenamed document was served pursuant to the district court's ECF system as to ECF filers, on July 22, 2008.

                             /s/    Madeleine Murphy
                             MADELEINE S. MURPHY
                             Assistant United States Attorney
                             219 South Dearborn Street - 5000
                             Chicago, Illinois 60604
                             (312)  886-2070