## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                   Case No.: 1:08−cr−00424
                                                          Honorable George W. Lindberg

Jadwiga Malewicka

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable George W. Lindberg as to Jadwiga Malewicka: Status hearing held and continued to 9/17/2008 at 9:30a.m. Government's motion for leave to file their response to the pretrial motions is granted. Time is ordered excluded pursuant to 18:3161(h)(1)(A). Time begins 7/23/2008. Time ends 9/17/2008. Mailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.